1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ARNITHA HILL, et al.,                        No.  2:22-cv-01625-DAD-AC

12                      Plaintiffs,

13          v.                                      ORDER ADOPTING FINDINGS AND
                                                    RECOMMNEDATIONS AND GRANTING
14    CITY OF SACRAMENTO, et al.,                   DEFENDANT CITY OF SACRAMENTO'S
                                                    MOTION TO DISMISS
15                      Defendants.
                                                    (Doc. Nos. 5, 14)
16

17          Plaintiff Arnitha Hill, proceeding *pro se*, initiated this civil action on September 16, 2022.

18   (Doc. No. 1.)  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C.

19   § 636(b)(1)(B) and Local Rule 302.

20          On December 20, 2022, the assigned magistrate judge issued findings and

21   recommendations recommending that the motion to dismiss filed on behalf of defendant City of

22   Sacramento (Doc. No. 5) be granted and that plaintiff's complaint be dismissed with leave to

23   amend.  (Doc. No. 14.)  The findings and recommendations were served on the parties and

24   contained notice that any objections thereto were to be filed within twenty-one (21) days after

25   service.  (*Id.* at 16.)  To date, no objections to the findings and recommendations have been filed,

26   and the time in which to do so has now passed.

27   /////

28   /////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1.    The findings and recommendations issued on December 20, 2022 (Doc. No. 14) are adopted in full;

2.    Defendant City of Sacramento's motion to dismiss (Doc. No. 5) is granted;

3.    Plaintiff's complaint is dismissed, with leave to amend;

4.    Within thirty (30) days from the date of this order, plaintiff may file a first amended complaint; and

5.    This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **February 13, 2023**

_____
UNITED STATES DISTRICT JUDGE

2