UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ARNITHA HILL, et al, | No. 2:22-cv-01625 DJC AC PS |
|---|---|
| Plaintiffs, | |
| v. | ORDER |
| CITY OF SACRAMENTO, et al., | |
| Defendants. | |

On February 16, 2024, defendants filed a motion to dismiss plaintiff's second amended complaint, set to be heard on April 10, 2024. ECF No. 32. The motion was taken under submission. ECF No. 33. Per Local Rules 230(c), plaintiff was required to file an opposition or notice of non-opposition within 14 days of the motion being filed. In this case, the deadline was Marcy 1, 2024. Plaintiffs did not file an opposition or statement of non-opposition.

Good cause appearing, IT IS HEREBY ORDERED that plaintiffs shall show cause, in writing, within 14 days, why their failure to respond to the pending motion should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an opposition or statement of non-opposition within this timeframe will serve as cause and will discharge this order. If plaintiffs fail to respond, the court will recommend dismissal of this case pursuant to

////

////

1

1 Local Civil Rule 110. Because significant litigation has already occurred in this case, the
2 recommendation will be for dismissal with prejudice.
3      IT IS SO ORDRED.
4 DATED: March 6, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE