UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNITHA HILL, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF SACRAMENTO, et al.,<br><br>　　　　Defendants. | No.  2:22-cv-01625 DJC AC PS<br><br><br>ORDER |

　　　　Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

　　　　On April 2, 2024, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 35.  Neither party has filed objections to the findings and recommendations.

　　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

　　　　1.  The findings and recommendations filed April 2, 2024, are adopted in full.

　　　　2.  This action is dismissed for lack of prosecution and for failure to comply with

the court's order.  See Fed. R. Civ. P. 41(b); Local Rule 110.  Considering the amount of litigation that took place prior to plaintiff's abandonment, this dismissal is with prejudice.

    3.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **June 26, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Hill1625.801

2