## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**ARNITHA HILL, ET AL.,**

CASE NO: **2:22–CV–01625–DJC–AC**

v.

**CITY OF SACRAMENTO, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 6/27/2024**

**Keith Holland**
Clerk of Court

ENTERED:  **June 27, 2024**

by: /s/ V. Kyono
Deputy Clerk